STEVEN G. KALAR
Federal Public Defender
GRAHAM ARCHER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Graham_Archer@fd.org

Counsel for Defendant JOHNNY RAY WOLFENBARGER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY RAY WOLFENBARGER,<br><br>Defendant. | Case No.: CR 16–00519 LHK<br><br>**DEFENDANT'S WITHDRAWAL OF THE MOTION TO SUPPRESS STATEMENTS (DOCKET NO. 49)**<br><br>**Court:** Honorable Lucy H. Koh<br>**Hearing Date:** April 18, 2018<br>**Hearing Time:** 9:15 a.m. |

Defendant Johnny Ray Wolfenbarger, by and through his counsel, hereby withdraws his pending motion to suppress statements (Docket No. 49). Accordingly, the defense's request for an evidentiary hearing at the April 18, 2018 court hearing is also withdrawn.

\\\
\\\
\\\
\\\
\\\

1  The defense will appear at the April 18, 2018 hearing date, unless the Court wishes to change
2  or vacate the hearing date.
3
4
5                                                          Respectfully submitted,
6         Dated:   April 17, 2018                          STEVEN G. KALAR
                                                           Federal Public Defender
7                                                          Northern District of California
8                                                                     /S
                                                           GRAHAM ARCHER
9                                                          Assistant Federal Public Defender

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28