UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
CRIMINAL  MINUTES

## UNITED STATES OF AMERICA v. JOHNNY RAY WOLFENBARGER
5:16-CR-00519-LHK

**Court Proceedings:** Hearing re: Objection to Magistrate Judge Order/Status Conference, Wednesday, September 5, 2018
**Location/Time in Court**: Courtroom 8, 11:57 a.m. - 1:20 p.m. (1 hour, 23 minutes)

**Courtroom Deputy:** Irene Mason
**Court Reporter:** Summer Fisher
**Interpreter:** None requested

**Plaintiff's Counsel:** Marissa Harris
**Defense Counsel:** Graham Archer

Hearing held.  Defendant present and out of custody.  Arguments heard and the Court will issue a written Order.

The Court **GRANTED** the parties' motion for a continuance.  Pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial, and excluded time from September 5, 2018 through and including October 10, 2018.  For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161h(1)(D) and §3161(h)(7)(B)(iv).

The Court **SET** a **Status Conference** for Wednesday, **October 10, 2018 at 9:15 a.m.**

Court adjourned.