UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
JUDGE LUCY H. KOH, PRESIDING

### CRIMINAL MINUTES – EVIDENTIARY HEARING

## UNITED STATES OF AMERICA
## V.
## JOHNNY RAY WOLFENBARGER
5:16-cr-00519-LHK

**Court Proceedings:** Evidentiary Hearing
**Date:** Friday, July 12, 2019
**Time in Court:** 5 hours, 54 minutes
**Courtroom Deputy:** Kassandra Dibble
**Court Reporter:** Lee-Anne Shortridge

**Attorney for Plaintiff:** Marissa Harris
**Attorneys for Defendant:** Graham Archer and Severa Keith
**Also Present:** Alexandra Whitworth of the National Center for Missing and Exploited Children

### PROCEEDINGS

*See* attached log. All exhibits identified in this hearing have been previously e-filed in this case.

The matter is CONTINUED to **Tuesday, July 23, 2019 at 10:00 AM** for further proceedings.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 5:16-cr-00519-LHK
Case Name: *USA v. Johnny Ray Wolfenbarger*

# EVIDENTIARY HEARING LOG

| JUDGE: | | PLAINTIFF ATTORNEY: | | DEFENSE ATTORNEYS: |
|---|---|---|---|---|
| Hon. Lucy H. Koh | | Marissa Harris | | Graham Archer and Severa Keith |
| DATE: | | REPORTER(S): | | CLERK: |
| Friday, July 12, 2019 | | Lee-Anne Shortridge | | Kassandra Dibble |

| PLF | DEF | TIME* | ID | ADMT | DESCRIPTION |
|---|---|---|---|---|---|
| | | 9:20 AM | | | Proceedings commence. |
| W1 | | 9:20 AM | | | Plaintiff calls Jeffrey Yesensky for testimony. Jeffrey Yesensky is sworn in by the Courtroom Deputy. |
| DX | | 9:22 AM | | | Direct examination of Jeffrey Yesensky. |
| | EX | 9:54 AM | X | X | Exhibit DD |
| | EX | 10:01 AM | X | X | Exhibit HH |
| | EX | 10:13 AM | X | X | Exhibit W |
| | EX | 10:22 AM | X | X | Exhibit D |
| | EX | 10:33 AM | X | X | Exhibits Z, AA, BB, CC, DD, EE, FF, GG, HH, and II |
| | EX | 10:36 AM | X | X | Exhibit RR |
| | | 10:38 AM | | | Break. |
| DX | | 10:54 AM | | | Continued direct examination of Jeffrey Yesensky. |
| | EX | 11:23 AM | X | X | Exhibit SS |
| | CX | 11:45 AM | | | Cross examination of Jeffrey Yesensky. |
| | | 12:03 PM | | | Break. |
| | CX | 1:05 PM | | | Continued cross examination of Jeffrey Yesensky. |
| RDX | | 2:35 PM | | | Redirect examination of Jeffrey Yesensky. |
| | RXC | 2:42 PM | | | Recross examination of Jeffrey Yesensky. |
| | | 2:44 PM | | | Jeffrey Yesensky is excused and is not subject to recall. |
| | | 2:45 PM | | | Break. |
| W2 | | 3:02 PM | | | Plaintiff calls Sean Zadig for testimony. Sean Zadig is sworn in by the Courtroom Deputy. |
| DX | | 3:03 PM | | | Direct examination of Sean Zadig. |
| EX | | 3:07 PM | X | X | Exhibit Q |
| | EX | 4:07 PM | X | X | Exhibit O |
| | EX | 4:22 PM | X | X | Exhibit W |
| | | 4:34 PM | | | Discussion with the parties regarding hearing dates. |

*Time as listed and calculated in this log is offered as an estimate. The Court remains the official time-keeper in this case.

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 5:16-cr-00519-LHK
Case Name: *USA v. Johnny Ray Wolfenbarger*
Date: Friday, July 12, 2019

**EVIDENTIARY HEARING LOG CONTINUED**

| PLF | DEF | TIME* | ID | ADMT | DESCRIPTION |
|---|---|---|---|---|---|
| | | 4:48 PM | | | Further evidentiary hearing SET for Tuesday, July 23, 2019 at 10:00 AM. |
| | | 4:51 PM | | | Court adjourned. |

*Time as listed and calculated in this log is offered as an estimate. The Court remains the official time-keeper in this case.

3