UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
JUDGE LUCY H. KOH, PRESIDING

**CRIMINAL MINUTES – EVIDENTIARY HEARING**

**UNITED STATES OF AMERICA
V.
JOHNNY RAY WOLFENBARGER**
5:16-cr-00519-LHK

**Court Proceedings:** Evidentiary Hearing
**Date:** Tuesday, July 23, 2019
**Time in Court:** 3 hours, 51 minutes
**Courtroom Deputy:** Kassandra Dibble
**Court Reporter:** Lee-Anne Shortridge

**Attorney for Plaintiff:** Marissa Harris
**Attorneys for Defendant:** Graham Archer and Severa Keith

**PROCEEDINGS**

*See* attached log. All exhibits identified in this hearing have been previously e-filed in this case.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 5:16-cr-00519-LHK
Case Name: *USA v. Johnny Ray Wolfenbarger*

**EVIDENTIARY HEARING LOG**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEYS: |
|---|---|---|
| Hon. Lucy H. Koh | Marissa Harris | Graham Archer and Severa Keith |
| **DATE:** | **REPORTER(S):** | **CLERK:** |
| Tuesday, July 23, 2019 | Lee-Anne Shortridge | Kassandra Dibble |

| PLF | DEF | TIME* | ID | ADMT | DESCRIPTION |
|---|---|---|---|---|---|
| | | 10:11 AM | | | Proceedings continue. |
| DX | | 10:12 AM | | | Continued direct examination of Sean Zadig. |
| | EX | 10:15 AM | X | X | Exhibit N |
| | EX | 10:24 AM | X | X | Exhibit M |
| | | 11:20 AM | | | Break. |
| | CX | 11:25 AM | | | Cross examination of Sean Zadig. |
| | | 12:02 PM | | | Break. |
| | CX | 1:07 PM | | | Continued cross examination of Sean Zadig. |
| RDX | | 2:13 PM | | | Redirect examination of Sean Zadig. |
| | RCX | 2:18 PM | | | Re-cross examination of Sean Zadig. |
| | | 2:20 PM | | | Sean Zadig is excused and is not subject to recall. |
| | | 2:21 PM | | | Plaintiff calls Scott Schelble for testimony. Scott Schelble is sworn in by the Courtroom Deputy. |
| DX | | 2:22 PM | | | Direct examination of Scott Schelble. |
| | | 2:40 PM | | | Break. |
| DX | | 2:52 PM | | | Continued direct examination of Scott Schelble. |
| | EX | 2:54 PM | X | X | Exhibit YY |
| | CX | 3:02 PM | | | Cross examination of Scott Schelble. |
| | | 3:11 PM | | | Scott Schelble is excused and is not subject to recall. |
| | | 3:12 PM | | | Plaintiff calls Christopher Marceau for testimony. Christopher Marceau is sworn in by the Courtroom Deputy. |
| DX | | 3:12 PM | | | Direct examination of Christopher Marceau. |
| | | 3:24 PM | | | Christopher Marceau is excused and is not subject to recall. |
| | | 3:24 PM | | | Evidentiary hearing concluded. Court adjourned. |
| | | | | | |
| | | | | | |

*Time as listed and calculated in this log is offered as an estimate. The Court remains the official time-keeper in this case.