JENNIFER LYNCH (SBN 240701)
jlynch@eff.org
ANDREW CROCKER (SBN 291596)
andrew@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Fax: (415) 436-9993

*Counsel for Amicus Curiae Electronic Frontier Foundation*

Additional Counsel Listed on Following Page

FILED

NOV 04 2019

NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                *Plaintiff,*<br><br>v.<br><br>JOHNNY RAY WOLFENBARGER,<br><br>                *Defendant.* | Case No. 5:16-cr-00519-LHK-1<br><br>**MOTION TO FILE BRIEF OF AMICI CURIAE ELECTRONIC FRONTIER FOUNDATION AND AMERICAN CIVIL LIBERTIES UNION, AND AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA IN SUPPORT OF DEFENDANT'S REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Hon. Lucy H. Koh |

ADDITIONAL COUNSEL:

JENNIFER STISA GRANICK (SBN 168423)
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION
39 Drumm Street
San Francisco, CA 94111
(415) 343-0758
jgranick@aclu.org

BRETT MAX KAUFMAN
NATHAN FREED WESSLER
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION
125 Broad Street
New York, NY 10004
(212) 549-2500

*Counsel for Amicus Curiae American Civil Liberties Union*

JACOB A. SNOW (SBN 270988)
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN
   CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
(415) 621-2493

*Counsel for Amicus Curiae American Civil Liberties Union Foundation of Northern California*

## MEMORANDUM OF POINTS AND AUTHORITIES

The Electronic Frontier Foundation ("EFF"), American Civil Liberties Union ("ACLU"), and ACLU of Northern California respectfully move for leave to file an amici curiae brief in the above-captioned matter. Amici conferred with both parties prior to filing this motion. Mr. Wolfenbarger has consented to the filing. The Government represented that it does not consent and will oppose any motion to reconsider the Court's rulings on the motions to suppress.

## ARGUMENT

EFF and ACLU have previously participated as amicus in this Court. *See, e.g., In re Application of the United States for Telephone Information Needed for a Criminal Investigation*, No. 5:15-xr-90304-HRL (LHK), ECF No. 12, 13 (N.D. Cal June 5, 2015) (Koh, J.) (granting EFF's motion for leave to participate as amicus); *United States v. Spencer*, No. 3:17-cr-00259-CRB, ECF No. 76 (N.D. Cal. Apr. 18, 2018) (Breyer, J.) (granting EFF's motion for leave to participate as amicus).

"The district court has broad discretion to appoint amici curiae." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds as recognized in Doe v. Kelly*, 878 F.3d 710 (9th Cir. 2017). "District courts frequently welcome amicus briefs from nonparties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 335 F. Supp. 2d 1016, 1067 (N.D.Cal. 2005) (internal citations and quotation omitted).

Amici's participation is warranted in this case on both counts.

First, the matter at issue before this Court—the scope of Fourth Amendment protection for email stored with a third party provider—has "potential ramifications beyond the parties involved." *Id.* Hundreds of millions of Americans use third-party email providers, and thus their Fourth Amendment rights are implicated by the Court's order on the defendant's motion to suppress.

Second, amici have "unique information or perspective that can help the court." *Id.* As a member-supported, non-profit civil liberties organization, EFF represents interests separate and

Case No. 16-cr-00519-LHK-1     1

MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES ISO BRIEF OF AMICUS CURIAE
ELECTRONIC FRONTIER FOUNDATION, ACLU, AND ACLU FOUNDATION OF NORTHERN CALIFORNIA

distinct from any of the parties to the case. Founded in 1990, EFF has over 30,000 donors and dues-paying members across the United States. EFF represents the interests of its members, and technology users more broadly, in both court cases and broader policy debates surrounding the application of law in the digital age. EFF regularly participates as amicus in the Supreme Court, the Ninth Circuit, and other courts in cases addressing the Fourth Amendment and its application to new technologies. *See, e.g., Carpenter v. United States*, 137 S. Ct. 2211 (2017); *Riley v. California*, 134 S. Ct. 2473 (2014); *City of Ontario v. Quon*, 560 U.S. 746 (2010); *United States v. Wilson*, No. 18-50440 (9th Cir.); *United States v. Ackerman*, No. 27-3238 (10th Cir.); *United States v. Warshak*, 631 F.3d 266 (6th Cir. 2010). Moreover, EFF has specific knowledge and experience with this question, though its participation as amicus in the leading appellate cases presenting similar issues: *Wilson, Ackerman* and *Warshak*.

      Similarly, the ACLU is a nationwide, nonprofit, nonpartisan organization with more than two million members and supporters dedicated to the principles of liberty and equality embodied in the Constitution and our nation's civil rights laws. Since its founding in 1920, the ACLU has frequently appeared before the Supreme Court and other federal courts in numerous cases implicating Americans' right to privacy, including as counsel in *Carpenter v. United States*, 138 S. Ct. 2206 (2018), and as amicus in *United States v. Warshak*, 631 F.3d 266 (6th Cir. 2010). The ACLU of Northern California is a state affiliate of the national ACLU.

      Amici respectfully submit that their unique perspective and experience with cases of this type will assist the Court in its consideration of this important issue. For these reasons, they respectfully ask the Court to grant leave to file the accompanying Brief of Amici Curiae in Support of Defendant's Request for Leave to File Motion for Reconsideration.

Case No. 16-cr-00519-LHK-1     2

MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES ISO BRIEF OF AMICUS CURIAE
ELECTRONIC FRONTIER FOUNDATION, ACLU, AND ACLU FOUNDATION OF NORTHERN CALIFORNIA

| | |
|---|---|
| Dated: November 1, 2019 | By: /s/ *Jennifer Lynch*<br>Jennifer Lynch<br>Andrew Crocker<br>ELECTRONIC FRONTIER FOUNDATION<br>815 Eddy Street<br>San Francisco, CA 94109<br>Telephone: (415) 436-9333<br>jlynch@eff.org<br><br>*Counsel for Amicus Curiae*<br>*Electronic Frontier Foundation*<br><br>/s/ *Jennifer Stisa Granick*<br>Jennifer Stisa Granick<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>39 Drumm Street<br>San Francisco, CA 94111-4805<br>(415) 343-0758<br><br>Brett Max Kaufman<br>Nathan Freed Wessler<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street<br>New York, NY 10004<br>(212) 549-2500<br><br>*Counsel for Amicus Curiae American Civil Liberties Union*<br><br>/s/ *Jacob A. Snow*<br>Jacob A. Snow<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>(415) 621-2493<br><br>*Counsel for Amicus Curiae American Civil Liberties Union Foundation of Northern California* |

Case No. 16-cr-00519-LHK-1                    3

MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES ISO BRIEF OF AMICUS CURIAE
ELECTRONIC FRONTIER FOUNDATION, ACLU, AND ACLU FOUNDATION OF NORTHERN CALIFORNIA

# CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2019, I submitted for filing the foregoing with the Clerk of the Court and caused to be served by U.S. Mail, postage thereon fully prepaid, a true and correct copy of the foregoing on:

Severa Keith
Office of the Federal Public Defender
San Jose Office
55 South Market Street, Suite 820
San Jose, CA 95113

Graham E. Archer
Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612

*Counsel for Defendant John Wolfenbarger*

Marissa Harris
U.S. Attorneys Office
Northern District California
150 Almaden Blvd., Ste. 900
San Jose, CA 95113

*Counsel for Plaintiff U.S.A.*

Alexandra Whitworth
Bryan Cave Leighton Paisner LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070

*Counsel for Movant The National Center for Missing and Exploited Children*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Dated this 1st day of November, 2019.

/s/ *Jennifer Lynch*
Jennifer Lynch