1 JENNIFER LYNCH (SBN 240701)
jlynch@eff.org
2 ANDREW CROCKER (SBN 291596)
andrew@eff.org
3 ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
4 San Francisco, CA 94109
Telephone: (415) 436-9333
5 Fax: (415) 436-9993

6 *Counsel for Amicus Curiae Electronic Frontier Foundation*

7 Additional Counsel Listed on Following Page

**RECEIVED NOV 17 2019**
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOHNNY RAY WOLFENBARGER,<br><br>　　　　　Defendant. | Case No. 5:16-cr-00519-LHK-1<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE ELECTRONIC FRONTIER FOUNDATION, AMERICAN CIVIL LIBERTIES UNION, AND AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA IN SUPPORT OF DEFENDANT'S REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Hon. Lucy H. Koh |

Case No. 16-cr-00519-LHK-1
[PROPOSED] ORDER

ADDITIONAL COUNSEL:

JENNIFER STISA GRANICK (SBN 168423)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION
39 Drumm Street
San Francisco, CA 94111
(415) 343-0758
jgranick@aclu.org

BRETT MAX KAUFMAN
NATHAN FREED WESSLER
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION
125 Broad Street
New York, NY 10004
(212) 549-2500

*Counsel for Amicus Curiae American Civil Liberties Union*

JACOB A. SNOW (SBN 270988)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF NORTHERN
 CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
(415) 621-2493

*Counsel for Amicus Curiae American Civil Liberties Union Foundation of Northern California*

**ORDER**

Having considered the pleadings in this matter, and good cause appearing, IT IS SO ORDERED that the Motion for Leave to File Brief Amicus Curiae filed by Electronic Frontier Foundation, American Civil Liberties Union, and American Civil Liberties Union Foundation of Northern California in support of Defendant's Request for Leave to File Motion for Reconsideration is GRANTED.

**IT IS SO ORDERED.**

_____   _____
Date                                                HON. LUCY H. KOH
                                                            United States District Judge