1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MARISSA HARRIS (NYBN 4763025)
   JEFFREY D. NEDROW (CABN 161299)
5  Assistant United States Attorneys

6       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
7       Telephone: (408) 535-5061
        FAX: (408) 4535-5066
8       Email: jeff.nedrow@usdoj.gov

9  Attorneys for United States of America

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                            SAN JOSE DIVISION
13

14 | UNITED STATES OF AMERICA,        )  NO. CR 16-00519-LHK
                                      )
15 |     Plaintiff,                   )  UNITED STATES' PROPOSED VOIR DIRE
                                      )
16 | v.                               )  Pretrial Conference:
                                      )  February 5, 2020
17 | JOHNNY RAY WOLFENBARGER,         )  Time: 9:15 a.m.
                                      )  Trial: March 17, 2020
18 |     Defendant.                   )
                                      )  The Hon. Lucy H. Koh
19                                    )
                                      )
20

21    The government submits the following proposed voir dire questions, with the suggestion that the

22 Court address these questions to the jury pool, and permit counsel to do brief follow-up questioning as

23 appropriate. The government respectfully reserves its right to modify and supplement this list of

24 proposed voir dire questions if necessary based on pretrial developments.

25

26

27

28

U.S. VOIR DIRE
CR 16-00519-LHK

## I. Practical Considerations

1. Would you have any difficulty serving as a juror on a trial that could last until approximately April 1, 2020?
2. Are there circumstances currently in your life that may make it difficult for you to concentrate fairly on the trial proceedings in this case?
3. Do you have any difficulty understanding the English language? Do you have any difficulty reading the English language?
4. Do you have any hearing or eyesight problems that might make it difficult for you to follow along with the evidence in this case?

## II. Knowledge of Defendants, Counsel, Witnesses, and Case

5. Do you know or have you heard of the Defendant Johnny Ray Wolfenbarger?
6. Do you know or have you heard of counsel in this case: Marissa Harris and Jeff Nedrow for the United States, Graham Archer and Severa Keith for Defendant Johnny Ray Wolfenbarger?
7. Do you know or are you familiar with any of the following individuals who may be witnesses in this case? [The Court is respectfully requested to read the parties' witness lists.]
8. This case relates to Defendant's alleged attempt to produce child pornography, attempt to coerce and entice minors, and receipt of child pornography. Outside of the information you have received in connection with your jury service, does anyone think he or she might have knowledge regarding the facts of this case?

    For example, has anyone read any news coverage regarding this case?

## III. Attitude Toward Law Enforcement and Criminal Justice System

9. [If you like, you may approach sidebar to answer the following questions regarding involvement with law enforcement] Have you, any member of your immediate family, or any close friend ever had any contact with any law enforcement officer more significant

than a routine traffic stop?

   a. If so, do you think the law enforcement officer acted professionally and fairly?

10. Have you ever been convicted of a crime?

11. Do you believe that you or anyone you personally know has ever been falsely arrested or wrongly charged with a crime?

12. Have you, any member of your family, or any close friend ever worked in law enforcement or in the criminal justice system (e.g., police officer, prosecutor, probation officer, defense lawyer, defense investigator)?

   a. Is there anything about that experience or association that would cause you to lean in favor of either the Government or the Defendant in this case?

13. Would you automatically view a government agency witness as more credible or less credible than a witness who was not associated with a government agency, or are you able to assess each witness's credibility based on the evidence at trial?

14. Is anyone of the opinion that the criminal justice system is fundamentally unfair in some way?

## IV. Experience With Child Exploitation Issues

15. Have you, a family member, or a close friend ever been the victim of sexual assault or molestation, or any kind of sexual exploitation?

16. Have you, a family member, or a close friend ever been accused of sexual assault or molestation, or any kind of sexual exploitation? If yes, do you believe you or the person was treated fairly, and the matter was handled appropriately by the authorities?

17. Have you ever known anyone who you thought was falsely accused of sexual assault or molestation, or of any kind of sexual exploitation?

18. Would the fact that this case involves charges of sexual exploitation of children and receiving and possessing child pornography prevent you from rendering a fair and impartial verdict?

U.S. VOIR DIRE
CR 16-00519-LHK                 3

19. Is there any reason why you cannot be fair and impartial in a case involving child pornography and child sexual abuse allegations?

**V.     Experience with the Philippines**

20. Has anyone visited or previously resided in the Philippines?

21. Does anyone have family members or friends in the Philippines with whom you communicate or send money?

22. Has anyone used Western Union, or another wire transfer service to send money to the Philippines, or anywhere else outside of the United States?

**VI.    Application of the Law / Punishment and Sympathy**

23. Do you understand that as a juror you must accept and apply the law as it is explained to you by the Court, even if you believe the law is or should be different?

    a. Do you have any difficulty with this concept that would prevent you from serving as an impartial juror in this case, which involves sexual exploitation of children and receipt of child pornography?

24. In a criminal case, the government has the burden of proving the defendant is guilty beyond a reasonable doubt. The law does not require the government to prove its case beyond all doubt. Would any of you feel that the government should be required to prove its case beyond all doubt before you would vote for a verdict of guilty?

25. The jury's role is to decide guilt; the jury does not determine the sentence. Do you understand that you should not speculate about the possible punishment if the defendant is found guilty? Will you be able to perform your duty to follow the law and decide whether the defendant is guilty without regard to the possible consequences?

26. Do any of you have any moral, religious, philosophical, or political principles that make you reluctant to serve on a jury in a criminal case? Would any of those principles make it difficult or impossible for you to judge a fellow citizen?

    a. Do any of you hold any principles that would cause you to refuse to vote to convict a person regardless of whether you felt the evidence proved the

defendants are guilty beyond a reasonable doubt?

**VII. Concluding Questions**

27. After hearing what you have heard about this case, can you think of any reasons we have not yet discussed that might prevent you from serving as a fair and impartial juror in this case?

28. Is there any matter any juror would prefer to discuss privately with the Court?

DATED: January 29, 2020

                              Respectfully submitted,

                              DAVID L. ANDERSON
                              United States Attorney

                              _____/s/_____

                              MARISSA HARRIS
                              JEFFREY D. NEDROW
                              Assistant United States Attorneys