1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MARISSA HARRIS (NYBN 4763025)
   JEFFREY D. NEDROW (CABN 161299)
5  Assistant United States Attorney

6       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
7       Telephone: (408) 535-5061
        FAX: (408) 535-5066
8       marissa.harris@usdoj.gov
        jeff.nedrow@usdoj.gov
9
   Attorneys for United States of America
10
                    UNITED STATES DISTRICT COURT
11
                NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN JOSE DIVISION
13

14                                       )  No. CR 16-00519 LHK
   UNITED STATES OF AMERICA,             )
15                                       )  **UNITED STATES' EXHIBIT LIST**
          Plaintiff,                     )
16                                       )  Trial date: March 17, 2020
          v.                             )  Court: Hon. Lucy H. Koh
17  JOHNNY RAY WOLFENBARGER,             )
                                         )
18        Defendant.                     )
                                         )
19  ─────────────────────────────────────)

20        At the trial of this case, the United States may offer the exhibits set forth on the attached list.

21  The government may revise this list as trial preparations continue.

22        DATED: January 29, 2020                    Respectfully submitted,
                                                     DAVID L. ANDERSON
23                                                   United States Attorney

24                                                   _____/s/_____
25                                                   MARISSA HARRIS
                                                     JEFFREY NEDROW
26                                                   Assistant United States Attorneys

27

28  UNITED STATES' EXHIBIT LIST
    CR 16-00519 LHK                          1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No.:    CR 16-000519 LHK         Date: March 17, 2020

United States of America  v.  Johnny Ray Wolfenbarger

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT NUMBER | DATE | | STARTING BATES NUMBER | DESCRIPTION |
|---|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | | |
| 1 | | | 000130 | Recording of August 2, 2016 interview of Johnny Ray Wolfenbarger<br><br>[A transcript will be provided to aid the jury] |
| 2 | | | 000130 | Recording of August 31, 2016 interview of Johnny Ray Wolfenbarger<br><br>[A transcript will be provided to aid the jury] |
| 3 | | | Multiple | December 20, 2013 Yahoo Messenger Chat between jrwolfen02 and lyka.isza |
| 4 | | | Multiple | December 25-29, 2013 Yahoo Messenger Chat between jrwolfen02 and lyka.isza |
| 5 | | | Multiple | December 9, 2013 to January 4, 2014 Yahoo Messenger Chat between jrwolfen02 and kierstine24 |
| 6 | | | Multiple | December 26, 2013 to January 3, 2014 Yahoo Messenger Chat between jrwolfen02 and lovelyvirgin14 |
| 7 | | | Multiple | December 28-29, 2013 Yahoo Messenger Chat between jrwolfen02 and cmiley165 |
| 8 | | | Multiple | December 28-29, 2013 Yahoo Messenger Chat between jrwolfen02 and gjamescool |
| 9 | | | Multiple | December 29, 2013 Yahoo Messenger Chat between jrwolfen02 and gjamescool |
| 10 | | | Multiple | December 28-29, 2013 Yahoo Messenger Chat between jrwolfen02 and reyrhianne |
| 11 | | | Multiple | December 30, 2013 Yahoo Messenger Chat between jrwolfen02 and aprilpreggy |
| 12 | | | 001310 | July 3-4, 2013 Yahoo Messenger Chat between jrwolfen02 and prettycharlene28 |

UNITED STATES' EXHIBIT LIST
CR 16-00519 LHK                                    2

| EXHIBIT NUMBER | DATE | | STARTING BATES NUMBER | DESCRIPTION |
|---|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | | |
| 13 | | | 000222 | Email from arlenecada17@yahoo.com to jrwolfen02@yahoo.com dated December 2, 2013 at 7:59 PM |
| 13a | | | None | Attachment "Picture001.jpg" |
| 13b | | | None | Attachment "Picture005.jpg" |
| 13c | | | None | Attachment "Picture006.jpg" |
| 13d | | | None | Attachment "Picture013.jpg" |
| 13e | | | None | Attachment "Picture025.jpg" |
| 14 | | | 000207 | Email from shamil_wise@yahoo.com to jrwolfen02@yahoo.com dated December 3, 2013 at 8:21 AM |
| 14a | | | None | Attachment "270703.jpg" |
| 14b | | | None | Attachment "270714.jpg" |
| 14c | | | None | Attachment "270721.jpg" |
| 15 | | | 000215 | Email from shamil_wise@yahoo.com to jrwolfen02@yahoo.com dated December 3, 2013 at 8:23 AM |
| 15a | | | None | Attachment "! New(G)2010 ALDF00-5yo Willing-private ass play.avi" |
| 16 | | | 000175 | Email from shamil_wise@yahoo.com to jrwolfen02@yahoo.com dated December 3, 2013 at 8:24 AM |
| 16a | | | None | Attachment "5 (2).jpg" |
| 17 | | | 000153 | Email from shamil_wise@yahoo.com to jrwolfen02@yahoo.com dated December 3, 2013 at 8:26 AM |
| 17a | | | None | Attachment "782413.jpg" |
| 17b | | | None | Attachment "782414.jpg" |
| 17c | | | None | Attachment "862612.jpg" |
| 17d | | | None | Attachment "862619.jpg" |
| 17e | | | None | Attachment "862620.jpg" |
| 17f | | | None | Attachment "862621.jpg" |

| EXHIBIT NUMBER | DATE | | STARTING BATES NUMBER | DESCRIPTION |
| --- | --- | --- | --- | --- |
| | Marked for Identification | Admitted in Evidence | | |
| 17g | | | None | Attachment "862622.jpg" |
| 18 | | | 000219 | Email from shamil_wise@yahoo.com to jrwolfen02@yahoo.com dated December 3, 2013 at 8:28 AM |
| 18a | | | None | Attachment "17012008134.mp4" |
| 18b | | | None | Attachment "17012008136.mp4" |
| 19 | | | 000217 | Email from shamil_wise@yahoo.com to jrwolfen02@yahoo.com dated December 3, 2013 at 8:33 AM |
| 19a | | | None | Attachment "(site x.co___s43a) (17) (2).avi |
| 20 | | | 000251 | Email from jrwolfen02@yahoo.com to sexyangel12@yahoo.com dated December 4, 2013 |
| 20a | | | None | Attachment "17012008134.mp4" |
| 20b | | | None | Attachment "17012008136.mp4" |
| 21 | | | 000220 | Email from jrwolfen02@yahoo.com to billingsupport@corp.fanbox.com dated December 4, 2013 at 12:04 PM |
| 21a | | | 000221 | Attachment "IMG.jpg" |
| 22 | | | 000323 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 16, 2013 at 4:05 PM |
| 23 | | | 000326 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 16, 2013 at 4:08 PM |
| 24 | | | 000365 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 20, 2013 at 1:54 PM |
| 25 | | | 000356 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 20, 2013 at 7:53 AM |

| EXHIBIT NUMBER | DATE | | STARTING BATES NUMBER | DESCRIPTION |
|---|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | | |
| 26 | | | 000359 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 20, 2013 at 7:59 AM |
| 27 | | | 000362 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 20, 2013 at 9:01 AM |
| 28 | | | 000374 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 25, 2013 at 8:34 AM |
| 29 | | | 000387 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 27, 2013 at 4:11 PM |
| 30 | | | 000393 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 28, 2013 at 5:58 PM |
| 31 | | | 000396 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 28, 2013 at 9:07 PM |
| 32 | | | 000399 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 29, 2013 at 2:25 AM |
| 33 | | | 000405 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated January 1, 2014 at 10:05 PM |
| 34 | | | 000408 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated January 2, 2014 at 11:24 PM |
| 35 | | | 000621 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 17, 2013 at 11:31 PM |

| EXHIBIT NUMBER | DATE | | STARTING BATES NUMBER | DESCRIPTION |
|---|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | | |
| 36 | | | 000622 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 17, 2013 at 11:32 PM |
| 37 | | | 000627 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 19, 2013 at 6:07 PM |
| 38 | | | 000629 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 20, 2013 at 9:11 PM |
| 39 | | | 000630 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 20, 2013 at 9:12 PM |
| 40 | | | 000631 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 20, 2013 at 9:15 PM |
| 41 | | | 000633 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 20, 2013 at 10:06 PM |
| 42 | | | 000639 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 26, 2013 at 12:34 AM |
| 43 | | | 000641 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 27, 2013 at 8:51 PM |
| 44 | | | 000643 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 28, 2013 at 6:38 PM |
| 45 | | | 000644 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 28, 2013 at 9:50 PM |

UNITED STATES' EXHIBIT LIST
CR 16-00519 LHK                    6

| EXHIBIT NUMBER | DATE | | STARTING BATES NUMBER | DESCRIPTION |
|---|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | | |
| 46 | | | 000645 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 29, 2013 at 5:23 PM |
| 47 | | | 000648 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated January 1, 2014 at 11:49 PM |
| 48 | | | 000649 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated January 3, 2014 at 5:33 PM |
| 49 | | | 002149 | Declaration of Marsha J. Morton, Custodian of Records for Yahoo, dated May 17, 2016 |
| 50 | | | 000137 | Declaration of Kevin D. Larson, Custodian of Records for Western Union, dated October 18, 2016 |
| 51 | | | 000138 | Western Union Transaction Records for John Wolfenbarger November 2013 to June 2014 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28