United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY RAY WOLFENBARGER,<br><br>Defendant. | Case No. 16-CR-00519-LHK-1<br><br>**ORDER RE: TRIAL DATES** |

Because the parties in *United States v. Mercardo* are able to advance their trial to March 2, 2020, the Court hereby ORDERS the parties in the instant case to file a status report by today, February 4, 2020, at 3 p.m., as to whether they are available to begin their trial on March 10th, 12th, 13th, or 16th.

**IT IS SO ORDERED.**

Dated: February 4, 2020

_Lucy H. Koh_____
LUCY H. KOH
United States District Judge

1

Case No. 16-CR-00519-LHK-1
ORDER RE: TRIAL DATES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2

Case No. 16-CR-00519-LHK-1
ORDER RE: TRIAL DATES