UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY RAY WOLFENBARGER,<br><br>Defendant. | Case No. 16-CR-00519-LHK-1<br><br>**ORDER RE: SUPERSEDING INDICTMENT**<br><br>Re: Dkt. No. 268 |
|---|---|

At the February 5, 2020 pretrial conference, the Court scheduled a status conference on February 12, 2020 at 9:15 a.m. to "discuss the status of the Government's anticipated superseding indictment and whether the parties would be available to begin trial on Thursday, March 12, 2020." ECF No. 266 at 1.

On February 6, 2020, the government filed a superseding indictment. ECF No. 268. Accordingly, to determine whether the February 12, 2020 status conference is necessary, the Court hereby ORDERS the parties to file a joint statement by February 11, 2020 at 12 p.m. that:

(1) provides an update as to whether the parties are available to begin trial on Thursday, March 12, 2020; and

(2) identifies what, if any, impact the superseding indictment has on the case and trial date.

1

Case No. 16-CR-00519-LHK-1
ORDER RE: SUPERSEDING INDICTMENT

Moreover, by March 2, 2020, the parties shall jointly file proposed jury instructions, which include any revisions necessitated by the superseding indictment and the Court's disposition of the parties' motions in limine.

**IT IS SO ORDERED.**

Dated: February 6, 2020

_____
LUCY H. KOH
United States District Judge