CR 16-519-LHK

Exhibit to Letter:     **MANUAL FILING NOTIFICATION**

Regarding Exhibit in Excel SpreadSheet Submitted to the Court on 4/6/2020

_____X_____  Item Under Seal.

*Generated only for the purpose of creating a place holder for the exhibit.