UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** July 29, 2020          **Time:** 10:29 AM – 10:47 AM   **Judge:** LUCY H. KOH
(18 minutes)

**Case No.:** 16-cr-00519-LHK-1          **Case Name:** UNITED STATES v. Johnny Ray Wolfenbarger (P-T)(C:N)

**Attorney for Plaintiff:** Marissa Harris
**Attorney for Defendant:** Severa Keith

**Deputy Clerk:** Kassandra Dibble          **Court Reporter:** Irene Rodriguez
**Interpreter:** None requested          **Probation Officer:** N/A

### PROCEEDINGS

Trial Setting Hearing held. All parties, including Defendant Wolfenbarger, appeared telephonically. Defendant was present and out of custody.

The Court SET an 8-day jury trial beginning August 6, 2021. In accordance with this Court's trial schedule, the trial dates are August 6, 9, 10, 13, 16, 17, 20, and 23, 2021.

Further Status Conference SET for **Wednesday, November 18, 2020 at 9:15 AM.**

**EXCLUDABLE DELAY:**
For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv)
Begins: July 29, 2020
Ends: August 6, 2021