STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MARISSA HARRIS (NYBN 4763025)
MAIA PEREZ (MABN 672328)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   marissa.harris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 16-00519 LHK |
| Plaintiff, | ) UNITED STATES' REVISED EXHIBIT LIST |
| v. | ) Trial date: August 6, 2021 |
| JOHNNY RAY WOLFENBARGER, | ) Court: Hon. Lucy H. Koh |
| Defendant. | ) |

    At the trial of this case, the United States may offer the exhibits set forth on the attached list. The government may revise this list as trial preparations continue.

DATED: July 21, 2021

Respectfully submitted,
STEPHANIE M. HINDS
Acting United States Attorney

      /s/
MARISSA HARRIS
MAIA PEREZ
Assistant United States Attorneys

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No.:   <u>CR 16-000519 LHK</u>         Date:  <u>March 17, 2020</u>

<u>United States of America</u>   v.   <u>Johnny Ray Wolfenbarger</u>

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT NUMBER | DATE | | STARTING BATES NUMBER | DESCRIPTION |
|---|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | | |
| 1 | | | 000130 | Recording of August 2, 2016 interview of Johnny Ray Wolfenbarger<br><br>[A transcript will be provided to aid the jury]<br><br><u>Selected Clips</u>:<br>1:54 to 2:37<br>2:38 to 2:58<br>4:12 to 4:46<br>5:17 to 6:06<br>9:07 to 10:20<br>13:37 to 15:19<br>24:18 to 28:04<br>28:58 to 31:00<br>33:15 to 35:12<br>38:30 to 45:10<br>47:00 to 56:27<br>1:05:45 to 1:06:04 |
| 2 | | | 000130 | Recording of August 31, 2016 interview of Johnny Ray Wolfenbarger<br><br>[A transcript will be provided to aid the jury]<br><br><u>Selected Clips</u>:<br>3:39 to 4:05<br>54:05 to 56:39 |
| 3 | | | WT-00063-71 | December 20, 2013 Yahoo Messenger Chat between jrwolfen02 and lyka.isza |

U.S. REV. EXHIBIT LIST
CR 16-00519 LHK                                       2

| EXHIBIT NUMBER | DATE | | STARTING BATES NUMBER | DESCRIPTION |
|---|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | | |
| 4 | | | WT-00047-62 | December 25-29, 2013 Yahoo Messenger Chat between jrwolfen02 and lyka.isza |
| 5 | | | WT-000113-219<br><br>WT-00001-20 | December 9, 2013 to January 4, 2014 Yahoo Messenger Chat between jrwolfen02 and kierstine24 |
| 6 | | | WT-00072-102 | December 26, 2013 to January 3, 2014 Yahoo Messenger Chat between jrwolfen02 and lovelyvirgin14 |
| 7 | | | WT-00021-24 | December 28-29, 2013 Yahoo Messenger Chat between jrwolfen02 and cmiley165 |
| 8 | | | WT-00024-33 | December 28-29, 2013 Yahoo Messenger Chat between jrwolfen02 and gjamescool |
| 9 | | | | Placeholder |
| 10 | | | WT-00103-112 | December 28-29, 2013 Yahoo Messenger Chat between jrwolfen02 and reyrhianne |
| 11 | | | WT-00034-36 | December 30, 2013 Yahoo Messenger Chat between jrwolfen02 and aprilpreggy |
| 12 | | | 001310 | July 3-4, 2013 Yahoo Messenger Chat between jrwolfen02 and prettycharlene28 |
| 13 | | | 000222 | Email from arlenecada17@yahoo.com to jrwolfen02@yahoo.com dated December 2, 2013 at 7:59 PM |
| 13a | | | None | Attachment "Picture001.jpg" |
| 13b | | | None | Attachment "Picture005.jpg" |
| 13c | | | None | Attachment "Picture006.jpg" |
| 13d | | | None | Attachment "Picture013.jpg" |
| 13e | | | None | Attachment "Picture025.jpg" |
| 14 | | | 000207 | Email from shamil_wise@yahoo.com to jrwolfen02@yahoo.com dated December 3, 2013 at 8:21 AM |
| 14a | | | None | Attachment "270703.jpg" |
| 14b | | | None | Attachment "270714.jpg" |
| 14c | | | None | Attachment "270721.jpg" |

| EXHIBIT NUMBER | DATE | | STARTING BATES NUMBER | DESCRIPTION |
|---|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | | |
| 15 | | | 000215 | Email from shamil_wise@yahoo.com to jrwolfen02@yahoo.com dated December 3, 2013 at 8:23 AM |
| 15a | | | None | Attachment "! New(G)2010 ALDF00-5yo Willing-private ass play.avi" |
| 16 | | | 000175 | Email from shamil_wise@yahoo.com to jrwolfen02@yahoo.com dated December 3, 2013 at 8:24 AM |
| 16a | | | None | Attachment "5 (2).jpg" |
| 17 | | | 000153 | Email from shamil_wise@yahoo.com to jrwolfen02@yahoo.com dated December 3, 2013 at 8:26 AM |
| 17a | | | None | Attachment "782413.jpg" |
| 17b | | | None | Attachment "782414.jpg" |
| 17c | | | None | Attachment "862612.jpg" |
| 17d | | | None | Attachment "862619.jpg" |
| 17e | | | None | Attachment "862620.jpg" |
| 17f | | | None | Attachment "862621.jpg" |
| 17g | | | None | Attachment "862622.jpg" |
| 18 | | | 000219 | Email from shamil_wise@yahoo.com to jrwolfen02@yahoo.com dated December 3, 2013 at 8:28 AM |
| 18a | | | None | Attachment "17012008134.mp4" Selected Clip: 00:49-1:15 |
| 18b | | | None | Attachment "17012008136.mp4" Selected Clip: 00:18-00:45 |
| 19 | | | 000217 | Email from shamil_wise@yahoo.com to jrwolfen02@yahoo.com dated December 3, 2013 at 8:33 AM |
| 19a | | | None | Attachment "(site x.co___s43a) (17) (2).avi" |
| 20 | | | 000251 | Email from jrwolfen02@yahoo.com to sexyangel12@yahoo.com dated December 4, 2013 |
| 20a | | | None | Attachment "17012008134.mp4" Selected Clip: 00:49-1:15 |

| EXHIBIT NUMBER | DATE | | STARTING BATES NUMBER | DESCRIPTION |
|---|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | | |
| 20b | | | None | Attachment "17012008136.mp4" Selected Clip: 00:18-00:45 |
| 21 | | | 000220 | Email from jrwolfen02@yahoo.com to billingsupport@corp.fanbox.com dated December 4, 2013 at 12:04 PM |
| 21a | | | 000221 | Attachment "IMG.jpg" |
| 22 | | | 000323 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 16, 2013 at 4:05 PM |
| 23 | | | 000326 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 16, 2013 at 4:08 PM |
| 24 | | | 000365 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 20, 2013 at 1:54 PM |
| 25 | | | 000356 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 20, 2013 at 7:53 AM |
| 26 | | | 000359 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 20, 2013 at 7:59 AM |
| 27 | | | 000362 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 20, 2013 at 9:01 AM |
| 28 | | | 000374 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 25, 2013 at 8:34 AM |
| 29 | | | 000387 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 27, 2013 at 4:11 PM |
| 30 | | | 000393 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 28, 2013 at 5:58 PM |

| EXHIBIT NUMBER | DATE | | STARTING BATES NUMBER | DESCRIPTION |
|---|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | | |
| 31 | | | 000396 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 28, 2013 at 9:07 PM |
| 32 | | | 000399 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 29, 2013 at 2:25 AM |
| 33 | | | 000405 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated January 1, 2014 at 10:05 PM |
| 34 | | | 000408 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated January 2, 2014 at 11:24 PM |
| 35 | | | 000621 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 17, 2013 at 11:31 PM |
| 36 | | | 000622 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 17, 2013 at 11:32 PM |
| 37 | | | 000627 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 19, 2013 at 6:07 PM |
| 38 | | | 000629 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 20, 2013 at 9:11 PM |
| 39 | | | 000630 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 20, 2013 at 9:12 PM |
| 40 | | | 000631 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 20, 2013 at 9:15 PM |

| EXHIBIT NUMBER | DATE | | STARTING BATES NUMBER | DESCRIPTION |
|---|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | | |
| 41 | | | 000633 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 20, 2013 at 10:06 PM |
| 42 | | | 000639 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 26, 2013 at 12:34 AM |
| 43 | | | 000641 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 27, 2013 at 8:51 PM |
| 44 | | | 000643 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 28, 2013 at 6:38 PM |
| 45 | | | 000644 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 28, 2013 at 9:50 PM |
| 46 | | | 000645 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated December 29, 2013 at 5:23 PM |
| 47 | | | 000648 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated January 1, 2014 at 11:49 PM |
| 48 | | | 000649 | Email from westernunionresponse@westernunion.com to jrwolfen02@yahoo.com dated January 3, 2014 at 5:33 PM |
| 49 | | | 002149 | Declaration of Marsha J. Morton, Custodian of Records for Yahoo, dated May 17, 2016 |
| 50 | | | 000137 | Declaration of Kevin D. Larson, Custodian of Records for Western Union, dated October 18, 2016 |
| 51 | | | 000138 | Western Union Transaction Records for John Wolfenbarger November 2013 to June 2014 |

| EXHIBIT NUMBER | DATE | | STARTING BATES NUMBER | DESCRIPTION |
| --- | --- | --- | --- | --- |
| | Marked for Identification | Admitted in Evidence | | |
| 52 | | | 002928-37 | Report of Examination by Anthony Imel |