| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | MARISSA HARRIS (NYBN 4763025)<br>MAIA PEREZ (MABN 672328) |
| 5 | Assistant United States Attorneys |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5061<br>FAX: (408) 4535-5066 |
| 8 | Email: marissa.harris@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 16-CR-00519 LHK |
| Plaintiff, | ) ) | UNITED STATES' NOTICE OF NO OBJECTION TO REVISED PROPOSED PRELIMINARY JURY INSTRUCTIONS |
| v. | ) ) | |
| JOHNNY RAY WOLFENBARGER, | ) | |
| Defendant. | ) ) ) | |

The United States, represented by Marissa Harris and Maia Perez, Assistant United States Attorneys, respectfully submits this notice of no objection to the Revised Proposed Preliminary Jury Instructions (Annotated) filed at ECF 356.

DATED: July 29, 2021                                  Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

_/s/_____
MARISSA HARRIS
MAIA PEREZ
Assistant United States Attorneys