UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY RAY WOLFENBARGER,<br><br>Defendant. | Case No. 16-CR-00519-LHK<br><br>**ORDER RE: SECOND JURY SELECTION CONFERENCE** |
|---|---|

The Court proposes excusing the following jurors for hardship: 99, 104, 107, 110, 111, 117, 128, 132, 135, 139, 142, 150.

The Court proposes excusing the following jurors for cause: 94, 100, 102, 103, 105, 115, 126, 133, 143.

The Court proposes excusing the following jurors for hardship and cause: 95, 97, 98, 112, 144.

By noon on Thursday, August 5, 2021, the parties shall file a statement of whether they object or not to the above proposed excusals and an identification of additional jurors whom the parties believe should be excused for cause and/or hardship.

1   **IT IS SO ORDERED.**

2   Dated: August 4, 2021

3   _____
    LUCY H. KOH
4   United States District Judge