UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 4, 2021  **Time:** 1:34 PM – 1:40 PM;  **Judge:** LUCY H. KOH
2:01 PM – 2:03 PM;
2:11 PM – 3:34 PM
(1 hour, 31 minutes)

**Case No.:** 16-cr-00519-LHK-1  **Case Name:** UNITED STATES v. Johnny Ray Wolfenbarger (P)(C:N)

**Attorney for Plaintiff:** Marissa Harris and Maia Perez
**Attorney for Defendant:** Severa Keith and Graham Archer

**Deputy Clerk:** Kassandra Dibble  **Court Reporter:** Irene Rodriguez
**Interpreter:** None requested  **Probation Officer:** N/A

## PROCEEDINGS

Jury Selection Conference held. Defendant was present and out of custody.

After consulting with the parties, the Court excused certain prospective jurors for hardship, cause, or both hardship and cause. *See* Order Excusing Jurors, ECF No. 368.

Further Jury Selection Conference SET for **Thursday, August 5, 2021 at 1:00 pm.** The Conference will be held in-person in Courtroom 8 on the 4th Floor of the San Jose Courthouse.

The Court previously made excludable time findings through the trial date of August 6, 2021. *See* ECF No. 319.