GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
GRAHAM ARCHER
GRAHAM ARCHER
Assistant Federal Public Defenders
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:	(408) 291-7753
Facsimile:	(408) 291-7399
Email:	Severa_Keith@fd.org

Counsel for Defendant Wolfenbarger

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN WOLFENBARGER,<br><br>　　　　　　Defendant. | **Case No.:** CR 16-519 LHK<br><br>**DEFENDANT'S STATEMENT RE PUBLIC DISCLOSURES (DOCKET 388)**<br><br>**Court:**　　　Hon. Lucy H. Koh<br>**Hearing Date:**　TBA |

　　　The defense has reviewed the Court's Proposed Protective Order to Limit Public Disclosures (Docket 388). The defense has no objection to the Court's proposed measures.

　　　//

　　　//

　　　//

　　　//

　　　//

　　　//

DEF. PROPOSED LIM. INSTR. RE CHATS
*WOLFENBARGER*, CR 16-519–432 LHK

1

| | | |
|---|---|---|
| Dated: | August 10, 2021 | Respectfully submitted, |

GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California

              /S
_____
GRAHAM ARCHER
Assistant Federal Public Defender