STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MARISSA HARRIS (NYBN 4763025)
MAIA T. PEREZ (MABN 672328)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   marissa.harris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR 16-00519-LHK |
| Plaintiff, | STATEMENT OF NO OBJECTION TO PROPOSED PROTECTIVE MEASURES |
| v. | |
| JOHNNY RAY WOLFENBARGER, | Hon. Lucy H. Koh |
| Defendant. | Trial Date: August 6, 2021 |

     The United States, represented by government counsel of record, files this statement of no objection to the Court's proposed protective measures detailed in ECF No. 388.

DATED:   August 10, 2021         Respectfully submitted,

                                   STEPHANIE M. HINDS
                                   Acting United States Attorney


                                   _____/s/_____
                                   MARISSA HARRIS
                                   MAIA T. PEREZ
                                   Assistant United States Attorneys