UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY RAY WOLFENBARGER,<br><br>Defendant. | Case No. 16-CR-00519-LHK-1<br><br>**PROPOSED VERDICT FORM**<br><br>Re: Dkt. No. 335 |

The Court plans to adopt the parties' joint proposed verdict form, which was filed on July 14, 2021. ECF No. 335. The Court reproduces that joint proposed verdict form below. By today, August 10, 2021 at 7 p.m., the parties shall file any objections or notice of no objections to the Court's proposed verdict form.

**IT IS SO ORDERED.**

Dated: August 10, 2021

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

## COUNT ONE

1. We, the Jury, unanimously find the defendant, Johnny Ray Wolfenbarger,

        GUILTY        NOT GUILTY

        _____     _____

(place an X on the appropriate line)

of Attempted Production of Child Pornography, in violation of Title 18, United States Code, Sections 2251(a) and (e), as charged in Count One of the superseding indictment.

## COUNT TWO

2. We, the Jury, unanimously find the defendant, Johnny Ray Wolfenbarger,

        GUILTY        NOT GUILTY

        _____     _____

(place an X on the appropriate line)

of Attempted Coercion and Enticement of Minors, in violation of Title 18, United States Code, Section 2422(b), as charged in Count Two of the superseding indictment.

## COUNT THREE

3. We, the Jury, unanimously find the defendant, Johnny Ray Wolfenbarger,

        GUILTY        NOT GUILTY

        _____     _____

(place an X on the appropriate line)

of Receipt of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(2), as charged in Count Three of the superseding indictment.

\*     \*     \*

When this form is completed, the jury foreperson should date and sign it and advise the Court that you have reached a verdict.

Dated: _____    _____

                                                                                                                                         FOREPERSON

Case No. 16-CR-00519-LHK-1
PROPOSED VERDICT FORM