UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHNNY RAY WOLFENBARGER,<br><br>　　　　　Defendant. | Case No. 16-CR-00519-LHK-1<br><br>**ORDER RE: DEVIATIONS FROM NINTH CIRCUIT MODEL JURY INSTRUCTIONS** |

Both parties' proposed final jury instructions for Counts 1 and 2 deviate from the Ninth Circuit's Model Criminal Jury Instructions. *See* ECF No. 338 (government's proposed instructions); ECF No. 362 (defendant's proposed instructions). The Court's standing order for jury trials provides that "the parties shall use the *Model Jury Instructions of the Ninth Circuit* as much as possible where appropriate." Accordingly, the parties' joint filing of proposed final jury instructions shall justify any deviations from a Model Instruction.

**IT IS SO ORDERED.**

Dated: August 10, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1