GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
GRAHAM ARCHER
SEVERA KEITH
Assistant Federal Public Defenders
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:   (408) 291-7399
Email:       Severa_Keith@fd.org

Counsel for Defendant Wolfenbarger

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN WOLFENBARGER,<br><br>Defendant. | Case No.: CR 16-519 LHK<br><br>**DEFENDANT'S RESPONSE TO COURT'S PROPOSED INSTRUCTION RE: MARCEAU TESTIMONY**<br><br>**Court:**         Hon. Lucy H. Koh<br>**Hearing Date:**  TBA |

The defense respectfully submits the following response to the Court's proposed instruction regarding the testimony of Agent Marceau based on hearsay. The defense proposes additions or modifications to the Court's proposed instruction as indicated by <u>underlined</u> text.

Specifically, the defense requests that the Court add a second paragraph instructing the jury that it may not consider testimony by Agent Marceau in which he made factual assertions that were based on hearsay statements by third parties, and requests that the Court then introduce what would now be the third paragraph with "As one example, . . . ."

Due to the pervasive nature of Agent Marceau's reliance on hearsay to make factual assertions,

1  the defense respectfully submits that this additional language is warranted.

Dated:    August 11, 2021                     Respectfully submitted,

                                              GEOFFREY HANSEN
                                              Acting Federal Public Defender
                                              Northern District of California

                                                       /S
                                              GRAHAM ARCHER
                                              Assistant Federal Public Defender

DEF. RESP. RE:  MARCEAU TESTIMONY INSTR.
*WOLFENBARGER*, CR 16-519–432 LHK

**INSTRUCTION NO. 21**

INSTRUCTION REGARDING CHAT STATEMENTS,
AND STRIKING LIMITED TESTIMONY RE: GOVERNMENT EXHIBIT No. 3

The Court has instructed you that any statements made by anyone other than "jrwolfen02" in the chats in Government Exhibit Nos. 3, 5, 7, 8 and 12 are not offered to prove the truth of the matter asserted in those statements.

<u>For this reason, I further instruct you that you may not consider testimony by Agent Marceau in which he relied on statements by anyone other than "jrwolfen02" to make factual assertions or offer factual opinions.</u>

<u>As one example, a</u>s to the chat in Government Exhibit No. 3, I further instruct you that the Court strikes, and the jury may not consider, Agent Marceau's testimony that a speaker in the chat was a school-aged child based on that speaker's discussion of going to a Christmas party at a school or that the speakers in the chat changed.