GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
GRAHAM ARCHER
SEVERA KEITH
Assistant Federal Public Defenders
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:   (408) 291-7399
Email:       Severa_Keith@fd.org

Counsel for Defendant Wolfenbarger

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN WOLFENBARGER,<br><br>Defendant. | Case No.: CR 16-519 LHK<br><br>**DEFENDANT'S OBJECTIONS TO COURT'S FINAL PROPOSED JURY INSTRUCTIONS [DKT] 409**<br><br>**Court:**       Hon. Lucy H. Koh<br>**Hearing Date:**   TBA |

The Defense objects to the following:

1)   Instruction 5: Unnecessary words (a typo) needs to be deleted from the top of the reasonable doubt instruction.

2)   Instruction 17:  The Defense objects on the grounds that by placing the three elements of the production statute under the heading "First, the defendant intended to," the instruction confuses and distracts from the separate purpose requirement of section 2251.  The defense does not believe that it is possible to precisely fit the elements of section 2251 into the framework of the attempt instruction in a

sensible manner.

The defense instead proposes that after the first paragraph of the instruction, the instruction read as follows:

"First, the government most prove each of the following:

(1)  The defendant intended to employ . . .
(2)  for the purpose of . . ., and
(3)  the defendant . . .

  Second, . . . ,

  Third. . . . . ."

3)  Instruction 18, for Count 2:  Objection to the words, "any sexual activity language," in the second paragraph of the instruction because it may confuse the jury and appears to broaden the scope of the instruction.

The defense requests deletion of the highlighted language below, from paragraph 2 of Instruction 18:

"First, that beginning at a time unknown but no later than November 2013 and continuing until at least January 2014,9 the defendant used a means or facility of interstate commerce10 to knowingly attempt to persuade, induce, entice, and coerce an individual to engage in ==any sexual activity for which someone could be charged with== Attempted Production of Child Pornography in violation of Section 2251(a) of Title 18 of the United States Code, as charged in Count One of the superseding indictment. The elements of Attempted Production of Child Pornography are set forth in Jury Instruction No. 17;11 and . . ."

Dated:	August 11, 2021	Respectfully submitted,

GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California

/S
GRAHAM ARCHER
Assistant Federal Public Defender

SEVERA KEITH
Assistant Federal Public Defender