UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOHNNY RAY WOLFENBARGER, <br> Defendant. | Case No. 16-CR-00519-LHK-1 <br><br> **ORDER EXTENDING JURY SERVICE** |

For administrative purposes, the term of service for the jurors who sat in this matter, including alternate jurors, is hereby extended to November 10, 2021.

**IT IS SO ORDERED.**

Dated: August 12, 2021

_____
LUCY H. KOH
United States District Judge

Case No. 16-CR-00519-LHK-1
ORDER EXTENDING JURY SERVICE

1