UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY RAY WOLFENBARGER,<br><br>Defendant. | Case No. 16-CR-00519-LHK-1<br><br>**VERDICT FORM** |

Dated: August 11, 2021

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 16-CR-00519-LHK-1
VERDICT FORM

1

## COUNT ONE

1. We, the Jury, unanimously find the defendant, Johnny Ray Wolfenbarger,

    GUILTY        NOT GUILTY

      X

(place an X on the appropriate line)

of Attempted Production of Child Pornography, in violation of Title 18, United States Code, Sections 2251(a) and (e), as charged in Count One of the superseding indictment.

## COUNT TWO

2. We, the Jury, unanimously find the defendant, Johnny Ray Wolfenbarger,

    GUILTY        NOT GUILTY

      X

(place an X on the appropriate line)

of Attempted Coercion and Enticement of Minors, in violation of Title 18, United States Code, Section 2422(b), as charged in Count Two of the superseding indictment.

## COUNT THREE

3. We, the Jury, unanimously find the defendant, Johnny Ray Wolfenbarger,

    GUILTY       NOT GUILTY

      X

(place an X on the appropriate line)

of Receipt of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(2), as charged in Count Three of the superseding indictment.

\*    \*    \*

Case No. 16-CR-00519-LHK-1
VERDICT FORM

When this form is completed, the jury foreperson should date and sign it and advise the Court that you have reached a verdict.

Dated: August 12, 2021

_____
FOREPERSON

Case No. 16-CR-00519-LHK-1
VERDICT FORM