GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
SEVERA KEITH
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:    (408) 291-7399
Email:           Severa_Keith@fd.org

Counsel for Defendant WOLFENBARGER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY RAY WOLFENBARGER,<br><br>Defendant. | Case No. CR 16–00519 LHK<br><br>**MOTION TO WITHDRAW AS COUNSEL; [PROPOSED] ORDER** |

## MOTION

The Federal Public Defender, by and through Assistant Federal Public Defender Severa Keith, hereby moves to withdraw as counsel for defendant Wolfenbarger in the above-captioned case. This motion is made for the following reasons:

On August 12, 2012, Mr. Wolfenbarger was convicted by jury of Count 1: Attempted Production of Child Pornography (18 U.S.C. §2251 (a) and (c)); Count 2: Attempted Coercion and Enticement of Minors (18 U.S.C. §2422(b)), and Count 3: Receipt of Child Pornography (18 U.S.C. 2252(a)(2)).  Sentencing is scheduled for December 8, 2021.

///

On Saturday, December 4, 2021, Mr. Wolfenbarger indicated to me that he wanted new counsel in this matter, citing hearing and trial performance as the reason he wanted new counsel. Because Mr. Wolfenbarger desires to raise claims of ineffective assistance by the Federal Public Defender, it is respectfully requested that the Federal Public Defender be relieved as counsel.

Dated:   December 6, 2021

Respectfully submitted,

GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California

/S
SEVERA KEITH
Assistant Federal Public Defender

**[PROPOSED]** ORDER

GOOD CAUSE APPEARING, upon motion of the Federal Public Defender, IT IS HEREBY ORDERED that the Federal Public Defender is relieved as counsel for defendant Johnny Ray Wolfenbarger in the above-captioned case.

IT IS SO ORDERED.

Dated: December 6, 2021

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH
United States District Court Judge